# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

### 17-1132 consolidated with 17-1131


**ALVIN PETE**

**VERSUS**

**STATE OF LOUISIANA, DEPARTMENT OF CORRECTIONS, ET AL.**


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 81146
HONORABLE LORI ANN LANDRY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## ULYSSES GENE THIBODEAUX
## CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Phyllis M. Keaty, and
D. Kent Savoie, Judges.

### AMENDED IN PART; AFFIRMED AS AMENDED.

**Charles Brandt**
**Brandt & Sherman, L.L.P.**
**111 Mercury Street**
**Lafayette, LA 70503**
**Telephone:  (337) 237-7171**
**COUNSEL FOR:**
**      Plaintiff/Appellant - Alvin Pete**

**Patrick B. McIntire**
**Oats & Marino**
**Gordon Square – Suite 400**
**100 East Vermilion Street**
**Lafayette, LA 70501**
**Telephone:  (337) 233-1100**
**COUNSEL FOR:**
**      Defendant/Appellee – Ronald Theriot, Sheriff**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Alvin Pete v. State of Louisiana, Department Corrections, et al.*, 17-1131 (La.App. 3 Cir. __/__/18), ___ So.3d ___, the judgment of the trial court is amended in part and affirmed as amended.

Costs of this appeal are assessed to Sheriff Ronald J. Theriot.

**AMENDED IN PART; AFFIRMED AS AMENDED.**